```
_____ FILED        _____ ENTERED
_____ LODGED       _____ RECEIVED

            FEB 13 2020
               AT SEATTLE
         CLERK U.S. DISTRICT COURT
       WESTERN DISTRICT OF WASHINGTON
       BY                      DEPUTY
```

# UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff <br><br> v. <br><br> CRYSTAL PLATZ, <br><br> Defendant. | NO. CR20- 017 MAT <br><br> **INFORMATION** <br> **(MISDEMEANOR)** |

The United States Attorney charges that:

## Count One
### (Delay or Destruction of Mail or Newspapers)

Beginning at a time unknown, but no later than in or about December 2018, and continuing through in or about April 2019, at Fall City, Washington, within the Western District of Washington, and elsewhere, the Defendant, CRYSTAL PLATZ, a United States Postal Service employee, did, without authority, knowingly open or destroy mail not directed to her.

//
//
//

All in violation of Title 18, United States Code, Section 1703(b).

DATED this 12th day of February, 2020.

_____
BRIAN T. MORAN
United States Attorney

_____
KATHERYN FRIERSON
Assistant United States Attorney

_____
MARIE M. DALTON
Assistant United States Attorney

INFORMATION/PLATZ - 2