THE HONORABLE MICHELLE L. PETERSON

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>CRYSTAL PLATZ,<br><br>  Defendant. | No. CR20-017-MLP<br><br>ORDER GRANTING STIPULATED MOTION TO CONTINUE DISPOSITION HEARING |

THIS MATTER has come before the undersigned on the stipulated motion of the parties to continue the disposition hearing to August 20, 2021. The Court has reviewed the stipulation and the records and files in this case and GRANTS the motion.

IT IS ORDERED that the currently scheduled July 19, 2021 disposition hearing is rescheduled to August 20, 2021, at 1:00 p.m. Ms. Platz probationary term is extended to August 20, 2021.

DONE this 19th day of July, 2021.

_____
MICHELLE L. PETERSON
U.S. MAGISTRATE JUDGE

Presented by:

s/ *Greg Geist*
Assistant Federal Public Defender
Attorney for Crystal Platz

s/ *Marie Dalton*
Assistant United States Attorney

ORDER GRANTING STIPULATED
MOTION TO CONTINUE DISPOSITION HEARING
(*US v. Crystal Platz*; MJ20-17MLP) - 1

FEDERAL PUBLIC DEFENDER
1601 Fifth Avenue, Suite 700
Seattle, Washington 98101
(206) 553-1100